IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAVID NEALE CARACAPPA, <br><br> Defendant. | NO. 15-cr-00078 |

## **ORDER**

**AND NOW**, this 2nd day of May 2018, upon consideration of Petitioner Veronika Burke's Uncontested Motion to Stay the Response Deadline to, and the Court's Ruling on, Summary Judgment and to Schedule a Settlement Conference (Doc. No. 74), it is **ORDERED** that a telephone conference with counsel for the parties will take place on **May 11, 2018 at 2:00 p.m**.  Counsel for Petitioner shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.