IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 15-cr-00078 |
| DAVID NEALE CARACAPPA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 11th day of May 2018, upon consideration of a letter dated May 3, 2018 received by Chambers from Petitioner's counsel, Jack Meyerson, Esquire, it is **ORDERED** that the telephone conference on Petitioner's Uncontested Motion to Stay the Response Deadline to, and the Court's Ruling on, Summary Judgment and to Schedule a Settlement Conference (Doc. No. 74) originally scheduled for May 25, 2018 is **CANCELLED** and **RESCHEDULED** for **May 31, 2018 at 3:00 p.m.** Counsel for Petitioner shall initiate the call to Chambers at (267) 299-7340. The Clerk of Court is also directed to docket the attached letter from Petitioner's counsel.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.