IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 15-cr-00078 |
| DAVID NEALE CARACAPPA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 5th day of June 2018, upon consideration of the Government's Motion to Dismiss Forfeiture Claim from Veronika Burke (Doc. No. 37), the Government's Motion for Summary Judgment (Doc. No. 62), and the letter dated May 3, 2018 received by Chambers from Petitioner's counsel, Jack Meyerson, Esquire (Doc. No. 77), it is **ORDERED** that the Motions are referred to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for a settlement conference. The parties shall coordinate with Judge Wells' Chambers to schedule the conference.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.